# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL CASE NO. 2:99cr81

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| PETER KAY STERN. ) | |

**THIS MATTER** is before the Court on the following motions filed by the Defendant:

1. Motion to Terminate Supervised Release after Completion of One-Year of Supervision pursuant to Title 18 U.S.C. §3583(e)(1) [Doc. 230];

2. Rebuttal to Government's Opposition to Defendant's Motion to Terminate Supervised Release and Incorporated Motion to Strike under Rule 12(b)(6) F.R.Civ.P. and Motion for Judgment on the Pleadings [Doc. 232]; and

3. Renewed Motion for a Hearing or, in the alternative for Judgment on the Pleadings [Doc. 233].

As Defendant plainly acknowledged in his motion to terminate his supervised release, his period of supervision expired on September 18, 2011. The Court has confirmed this with the Probation Office. The Defendant's motions are therefore rendered moot.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion to Terminate Supervised Release after Completion of One-Year of Supervision pursuant to Title 18 U.S.C. §3583(e)(1) [Doc. 230]; Rebuttal to Government's Opposition to Defendant's Motion to Terminate Supervised Release and Incorporated Motion to Strike under Rule 12(b)(6) F.R.Civ.P. and Motion for Judgment on the Pleadings [Doc. 232]; and Renewed Motion for a Hearing or, in the alternative for Judgment on the Pleadings [Doc. 233] are hereby **DENIED** as moot.

Signed: November 9, 2011

Martin Reidinger
United States District Judge